```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 13018
   JUAN M GOMEZ
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9458

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/21/2008 and was not confirmed.

     The case was dismissed without confirmation 08/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
ALLIED CREDIT CO            UNSECURED      NOT FILED         .00           .00
ARROW FINANCIAL SERVICES    UNSECURED         453.35         .00           .00
ECAST SETTLEMENT            UNSECURED        1080.17         .00           .00
CITY OF CHICAGO PARKING     UNSECURED      NOT FILED         .00           .00
COMMONWEALTH EDISON         UNSECURED        1264.91         .00           .00
HFC USA/BENEFICIAL          UNSECURED      NOT FILED         .00           .00
IC SYSTEMS                  UNSECURED      NOT FILED         .00           .00
ISAC                        UNSECURED        3923.71         .00           .00
ISAC                        UNSECURED      NOT FILED         .00           .00
MIDLAND CREDIT MANAGEMEN    UNSECURED      NOT FILED         .00           .00
MIDNIGHT VELVET             UNSECURED         470.90         .00           .00
PEOPLES GAS LIGHT & COKE    UNSECURED         688.36         .00           .00
PREMIUM ASSET RECOVERY C    UNSECURED      NOT FILED         .00           .00
UNITED COLLECTION BUREAU    UNSECURED      NOT FILED         .00           .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     3,474.00                       .00
TOM VAUGHN                  TRUSTEE                                        .00
DEBTOR REFUND               REFUND                                         .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                            --------------    --------------
TOTALS                          .00                   .00


              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 13018 JUAN M GOMEZ
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 13018 JUAN M GOMEZ